vision, First Department. June 11, 1909.) Action by Melke Clar against Pincus Lowenfeld and another. A. Benedict, for appellant. A. Pfeiffer, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CLARK, Appellant, v. CLARK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by George J. Clark against Julia P. Clark and others.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., not sitting.

CLARK, Respondent, v. SCOVILLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Margaret E. Clark against Edward Tracy Scoville and another, as executors, etc. No opinion. Motion for leave to appeal to the Court of Appeals granted. Settle questions before SPRING, J., on two days' notice. See, also, 118 N. Y. Supp. 235.

In re CLEMENT, State Excise Com'r. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) In the matter of the petition of Maynard N. Clement, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 24,965, issued to Charles B. Hunt. No opinion. Motion denied. See, also, 117 N. Y. Supp. 30.

CLEMENT, State Excise Com'r, Respondent, v. EMPIRE STATE SURETY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Maynard N. Clement, as State Commissioner of Excise, against the Empire State Surety Company. No opinion. Judgment affirmed, with costs, upon the opinion of Kruse, J., upon former appeal in same case, reported at 126 App. Div. 215, 110 N. Y. Supp. 418.

CLEMENT, Com'r, Respondent, v. GABRIEL, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Maynard N. Clement, as commissioner, against Abraham Gabriel, impleaded. E. S. Booth, for appellant. H. H. Kellogg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COHEN v. COHEN. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Celia Cohen against Joseph Cohen. No opinion. Motion denied. Order filed.

COHEN, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Celia Cohen against Joseph Cohen. B. B. Schiff, for appellant. A. B. Schleimer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COHEN, Respondent, v. GLEICHMANN, Appellant. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) Action by Gussie Cohen, as administratrix, etc., of David Cohen, deceased, against William Gleichmann. No opinion. Judgment and order unanimously affirmed, with costs.

COHEN v. LEVY. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Elias A. Cohen against Alice S. Levy. No opinion. Motion to strike from calendar denied. Motion to open default granted. Settle orders on notice.

COHN, Respondent, v. LEVY, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Elias A. Cohn against Alice S. Levy, impleaded. L. Kauffman, for appellant. C. A. Houston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re COLEMAN. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) In the matter of the application of James E. Coleman. No opinion. Order of the Special Term affirmed, without costs.

COLER, Respondent, v. BROOKLYN DAILY EAGLE, Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by Bird S. Coler against the Brooklyn Daily Eagle. No opinion. Motion for reargument, or for leave to appeal to the Court of Appeals, denied, without costs. See, also, 117 N. Y. Supp. 273.

COLER, Respondent, v. BROOKLYN DAILY EAGLE, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Bird S. Coler against the Brooklyn Daily Eagle. No opinion. Motion to resettle order granted. Settle order before Mr. Justice JENKS. See, also, 117 N. Y. Supp. 273.

COLER, Respondent, v. BROOKLYN DAILY EAGLE, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Bird S. Coler against the Brooklyn Daily Eagle. No opinion. Order entered. See, also, 117 N. Y. Supp. 273.

COLLINS, Respondent, v. GIFFORD, Appellant. (Supreme Court, Appellate Division, Third Department. October 1, 1909.) Action by John H. Collins against Leslie Gifford.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., and KELLOGG, J., dissent.